AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 8199891

**RECEIVED**
By USMS District of Columbia District Court at 3:17 pm, Jun 25, 2025

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-cr-00179 |
| RONALD AIKEN | ) Assigned To: Judge Boasberg, James E. |
| | ) Assign Date: 6/25/2025 |
| | ) Description: INDICTMENT (B) |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **RONALD AIKEN**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

Date: 06/25/2025

*Issuing officer's signature*

City and state:   Washington, DC

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/25/25, and the person was arrested on *(date)* 7/1/25
at *(city and state)* Washington DC

Date: 7/1/25

*Arresting officer's signature*

DVJM Stanislowski
*Printed name and title*