IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America

      v.                                       Case No. 1:25-CR-179-JEB

Ronald Aiken

### Motion to Schedule Emergency Hearing

Ronald Aiken, through counsel, respectfully requests this court schedule an emergency hearing on his motion to modify his conditions of release (Dkt. 45). On July 14, Aiken called counsel and reported that he did not believe it was safe for him to return to his approved residence. Specifically, he was informed that a person threatened to harm him if he returned to that residence.

The government, represented by AUSA Liss, assents to scheduling an emergency hearing on this matter. Mr. Aiken confirmed with counsel that he could attend in-person or by phone if the court scheduled a hearing on this motion.

Respectfully submitted,

A.  J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Benjamin Schiffelbein*
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Benjamin_Schiffelbein@fd.org